Steven J. ANDERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60102.

Missouri Court of Appeals,
Western District.

April 9, 2002.

Jeannie Marie Willibey, Kansas City, for
appellant.

Jeremiah W. (Jay) Nixon, Attorney,
General, John Munson Morris and Audara
L. Charlton, Office of Attorney General,
Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief
Judge, JAMES M. SMART, JR., Judge,
and LISA WHITE HARDWICK, Judge.

**ORDER**

Steven Anderson appeals the circuit
court's judgment denying his Rule 24.035
motion for postconviction relief without an
evidentiary hearing. We affirm. Rule
84.16(b).